# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1355

_____

In re:  Robert P. Ciralsky,

         Debtor.

------------------------

Robert P. Ciralsky,

         Appellant,

      v.

Companion Mortgage Corporation;
John V. LaBarge, Jr.,

         Appellees.

\* Appeal from the United States
\* Bankruptcy Appellate Panel
\* for the Eighth Circuit.
\*
\* **[UNPUBLISHED]**

_____

Submitted:  December 20, 2002
Filed:  December 26, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Debtor Robert Ciralsky appeals the Bankruptcy Appellate Panel's (BAP's) orders (1) affirming the bankruptcy court's[1] orders granting creditor Companion Mortgage Corporation relief from the automatic stay, and denying reconsideration; and (2) denying reconsideration of the BAP's affirming order. Ciralsky is seeking return of property that was sold at a pre-bankruptcy foreclosure sale. Ciralsky did not exercise his state-law redemption rights. The bankruptcy court dismissed the Chapter 13 proceeding after interlocutory lift-stay orders were issued over Ciralsky's objection. Ciralsky did not appeal the Chapter 13 dismissal. We agree with the BAP that the appeal is moot. See In re Rodriquez, 258 F.3d 757, 759 (8th Cir. 2001) (per curiam); In re Onouli-Kona Land Co., 846 F.2d 1170, 1172-73 (9th Cir. 1988); Mo. Rev. Stat. §§ 443.410, 443.420 (2000).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Ciralsky's motion "to Compel Compromise Settlement."

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Barry S. Schermer, United States Bankruptcy Judge for the Eastern District of Missouri.